# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Paul Michaud, | Case No. 22-CV-2550 (KMM/ECW) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| Kohls Corporation, | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal with Prejudice filed on August 9, 2023 (ECF No. 21), IT IS HEREBY ORDERED that this action is dismissed with prejudice and on the merits and without costs, disbursements, or attorneys' fees to any party.

Date: August 10, 2023

*s/ Katherine M. Menendez*
Katherine M. Menendez
United States District Judge